# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM C. COLEMAN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Case No.: 2:11-CV-1345-VEH-JHE** |
| ) | |
| **WARDEN KENNETH JONES** ) | |
| **and THE ATTORNEY GENERAL** ) | |
| **FOR THE STATE OF** ) | |
| **ALABAMA,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION AND ORDER

On June 4, 2015, the magistrate judge entered a Report and Recommendation, (doc. 48), recommending that Petitioner William C. Coleman's notice of appeal be considered filed on July 31, 2014. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. Coleman's notice of appeal is considered filed on the undisputed date it was placed in the prison mail system, July 31, 2014.

**DONE** and **ORDERED** this 20th day of July, 2015.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge